# Plaintiff's Exhibit "B"

PROTECTED INFORMATION - This information is not to be used for any other purpose. This information is to be used only in association with this police case. Further dissemination to any unauthorized person or agency may result in both civil and criminal liability.



# Ogden Police
Incident Report 19G40970

**Nature:** ROBBERY JO  **Address:**

**Location:** OG8

**Offense Codes:** 1211
**Received By:** Stokes,K WD  **How Received:** 9  **Agency:** OG
**Responding Officers:** Hinojosa,M OG, Robins,G OG, Johnson,M OG, Kearl,T OG
**Responsible Officer:** Hinojosa,M OG  **Disposition:** AA 06/05/19
**When Reported:** 12:12:49 06/04/19  **Occurred Between:** 12:12:36 06/04/19 and 12:12:56 06/04/19

**Assigned To:**  **Detail:** OGMC  **Date Assigned:** \*\*/\*\*/\*\*
**Status:** AA  **Status Date:** 06/06/19  **Due Date:** \*\*/\*\*/\*\*

**Complainant:**
**Last:**  **First:**  **Mid:**
**DOB:** \*\*/\*\*/\*\*  **Dr Lic:**  **Address:**
**Race:**  **Sex:**  **Home:**  **City:**
**Work:**  **Cell:**

PURSUANT to URCrP, Rule 16(e) and UCS §77-38-6, the victim(s) and witnesses' identifying information has been redacted from the enclosed documents.

## Offense Codes
**Reported:**  **Observed:** 1211 ROBB-BANK TYPE INSTITUTION

**Additional Offense:** 1211 ROBB-BANK TYPE INSTITUTION

**Responding Officers:**  **Unit:**
Hinojosa,M OG  2F78
Robins,G OG  2f14
Johnson,M OG  2f17
Kearl,T OG  2FD12

**Responsible Officer:** Hinojosa,M OG  **Agency:** OG
**Received By:** Stokes,K WD  **Last Radio Log:** 15:35:26 06/04/19 CMPLT
**How Received:** 9 911 Line  **Clearance:** CI CLOSED BY INVESTIGATOR
**When Reported:** 12:12:49 06/04/19  **Disposition:** AA **Date:** 06/05/19

06/10/19

Case 1:21-cv-00080-BSJ Document 2-3 Filed 06/04/21 PageID.141 Page 3 of 16

| | | | |
|---|---|---|---|
| **Judicial Status:** RCP | | **Occurred between:** | 12:12:36 06/04/19 |
| **Misc Entry:** | | **and:** | 12:12:56 06/04/19 |
| **Modus Operandi:** | **Description:** | | **Method:** |

## Involvements

| Date | Type | Description | Relationship |
|---|---|---|---|
| 06/05/19 | DS | WCAO | OTHER |
| 06/04/19 | Property | Money 4500 | Stolen |
| 06/05/19 | Property | Clothing 0 | Evidence |
| 06/04/19 | Name | WELLS FARGO, | VICTIM BUSINESS |
| 06/04/19 | Name | LACEY, STACIE LEE | VICTIM |
| 06/05/19 | Name | MAW, KERRY JASON | ARRESTEE |
| 06/05/19 | Evidence | Hat/Watch from Kerry Maw | Evidence Incident |
| 06/04/19 | Offense | Offense#: 107289 - F2 - 1 count | Charged With |
| 06/04/19 | Cad Call | 12:12:49 06/04/19 ROBBERY JO | Initiating Call |

06/10/19

Approved by: _____

Date _____

## Narrative

Hinojosa 969
BWC footage available

**SYNOPSIS:**
This is a bank robbery report. Employees at Wells Fargo Bank at 4301 Harrison they had been robbed and the suspect fled. No suspects have been identified or apprehended as of yet. CSI found latent prints on the interior of the main door. Investigations and FBI responded to investigate and handle the case. No one was injured and no weapon was used or mentioned.

**RELATED CASES:**
19CS1007

**INVOLVED PERSONS:**
Wells Fargo - Victim Business
Stacie Lacey - Victim

**NARRATIVE:**
On 6-4-19 at 1213 I was dispatched to Wells Fargo Bank at 4301 Harrison. A robbery had just occurred and the suspect had fled. Upon arrival the bank had been closed by employees and no customers were inside. I spoke to the teller who was robbed, Stacie Lacey (Stacie). Stacie said a man came to her counter and held up a note written on a piece of paper that read "This is a robbery". The man then spoke and said something to the effect of 'Give me all your 100s. Hurry. Hurry'. Stacie said she handed the man about $4,500 in 100 dollar bills.
   The man then left with the money and note. Stacie's interaction with the man lasted ten seconds or less, according to her. Stacie described him as Caucasian, 60's, 6'0", thin, gray hair, dark ballcap, purple or blue sweatshirt. She followed him out the door. He got into a forest green older Dodge Ram, possibly a 1990's model, which had a shiny metal tool box in the bed. It appeared the truck had no license plate. It had been parked in the Bennion craft store parking lot, which is near the bank. The man got in and exited the lot onto Harrison Blvd then went south on Harrison. Officers Robins and Johnson arrived to assist. See their supplemental narratives for details. Detective Kearl arrived to investigate, as did an FBI agent. CSI McKenzie was summoned and she found partial latent prints on the interior of the main door the suspect exited from. Stacie said the suspect may have touched the glass on the door as he exited. Other bank employees completed witness statements, which were retained by Kearl. Surveillance photos of the suspect were retrieved and disseminated to officers and retained by Kearl for the investigation. Surrounding businesses were asked for any surveillance footage by Johnson but none was available. The names and phone numbers of bank customers who had been in the bank during the robbery were given to Kearl. Weber Dispatch ATL'd the suspect's description and the description of the truck. The bank remained closed when I left the bank.

**CONCLISION:**
Wells Fargo Bank reported they had been robbed and the suspect fled. No weapon was used or mentioned and no one was injured. The suspect fled with $4,500 of the bank's money. CSI, Investigations, and FBI responded to investigate and Investigations and FBI took over as primary investigative units. As of yet no suspect has been identified or apprehended.

_____

Responsible LEO:

06/10/19

### Supplement - Johnson,M OG
Mark Johnson #1012

BWC activated

SYNOPSIS:
This is a supplemental report is a reference to a robbery at 4301 Harrison Blvd. Wells Fargo on June 4, 2019. I assisted in the investigation by checking numerous surrounding businesses for surveillance footage.

RELATED CASES:
NONE

INVOLVED ENTITIES:
NONE

NARRATIVE:
On the above date, I was dispatched to assist with a robbery that had just occurred at the Wells Fargo at 4301 Harrison Blvd.

When I arrived on the scene I was tasked with checking the surrounding area with surveillance footage. I first started with the surrounding plaza. I made contact with employees at ACE Hardware and the Bennion Crafts Store. At ACE hardware they had one outdoor camera that faces the parking lot, however, they stated it only captures the first two rows. I asked them to check anyways and provided them with a description of the vehicle and time frame. They took the case number and informed me that they would call if they found anything.

At Bennion Crafts, they had no cameras on the outside of their building. They did have one camera at the register that is directed out their front window towards the parking lot. They also were going to check the camera and contact police if they found anything.
No other stores inside the plaza had cameras that would view the parking lot. So I went and checked at Smith's, they had one camera that captured a small portion of the Wells Fargo parking lot, but not the area where the suspect vehicle parked his truck. I went through the video anyway with the employee to see if the vehicle still showed up in a frame, but I was unable to locate it.

I then began searching stores outside the plaza and along the last known direction of travel for the suspect. I started at the Taco Bell in the 4300blocks of Harrison and went all the way up to the Ogden Clinic in the 4700 Block of Harrison. Only 2 businesses had exterior cameras had external cameras that captured Southbound Harrison Blvd. Traffic. The Ogden Clinic and Taco Bell.

Taco Bell's camera was damaged and would not provide a picture of what it was recording. The Ogden Clinic had two camera angles that I was able to review, the first was on the south side of their building, (that is located on the East side of Harrison) due to the time of day this camera suffered a major glare and it was difficult to see the vehicles heading Southbound on Harrison, also the camera is motion activated, so some of the Southbound traffic is not recorded because the camera did not detect the motion. However I still reviewed the footage, but I was unable to locate the suspect vehicle.

The clinic's second angle came from 46th St on the North East side of the building and the camera just barely catches southbound traffic going through the intersection at 46 and Harrison. Again the motion sensor came into play again, so while reviewing the footage I did not observe the suspect vehicle, but chances are that it was able to make it through the intersection at a time the camera was not recording because it did not detect the motion of the vehicle.

06/10/19

Incident Report 19G40970                                                Page 6 of 16

After checking these businesses I went and informed Detective Kearl of what I had found. After briefing Detective Kearl, I had no further involvement in this case.

CONCLUSION:
I checked numerous surrounding businesses to see if they by chance had any surveillance footage of the suspect vehicle. I was unable to locate any footage of the suspect vehicle. There are still two businesses that have yet to get back with me with their results. They will notify the police as soon as they determine if they have footage of the suspect or not.

ATTACHMENTS:
None

## Supplement - Travis,J WD
CAD Call info/comments
==================================

```
12:13:06 06/04/2019 - Stokes,K WD
T/L 1 MIN S
12:13:15 06/04/2019 - Stokes,K WD
SUSP VEH IS A FORREST GRN TK / POSS DODGE RAM 1500
12:13:17 06/04/2019 - Stokes,K WD
UNK 28
12:13:22 06/04/2019 - Stokes,K WD
SB ON HARRISON /
12:13:39 06/04/2019 - Stokes,K WD
SINGLE SUSP / PURPLE SWEATSHIRT / WITH WHITE WRITING ON THE BACK
12:13:53 06/04/2019 - Graves,M WD
atl given county
12:14:00 06/04/2019 - Stokes,K WD
60 YOWM /
12:14:11 06/04/2019 - Johnson,D WD
PER 2FS1 CALL INTO BRIEFING
12:14:14 06/04/2019 - Stokes,K WD
NO WEAPON SEEN / SUSP GAVE A NOTE
12:14:19 06/04/2019 - Mack,C WD
atl south
12:14:26 06/04/2019 - Engstrom,E WD
atld north
12:14:41 06/04/2019 - Stokes,K WD
SUSP JUST SAID TO GIVE ME YOUR LOOSE MONEY
12:14:49 06/04/2019 - Johnson,D WD
2FS7 COPIED, WILL BE SENDING OUT ROSTER, AWARE OF CALL
12:15:08 06/04/2019 - Stokes,K WD
VEH HAD A SILVER TOOLBOX IN THE BED OF THE TK / MAY HAVE BEEN A LIFTED TK
12:15:19 06/04/2019 - Stokes,K WD
NEG INJS
12:17:04 06/04/2019 - Stokes,K WD
SUSP HAD A BB CAP / UNK COLOR
12:19:30 06/04/2019 - Stokes,K WD
DAVIS GIVEN ATL
12:33:30 06/04/2019 - Johnson,D WD - From: Hinojosa,M OG
SEND CSI FOR PRINTS
12:36:42 06/04/2019 - Johnson,D WD - From: Hinojosa,M OG
SUSP VEH 90S MODEL DODGE PU TK, FOREST GREEN, SHINY CHROME TOOLBOX IN BED
12:43:05 06/04/2019 - Johnson,D WD - From: Hinojosa,M OG
UPDATED SUSP DESC: WM, 600/THIN, 50-60YO, SCRUFFY GRAY FACIAL HAIR, GREY CAP,
BLUE SWEATSHIRT W/ LOGO
12:45:47 06/04/2019 - Graves,M WD
atl update given county
12:46:08 06/04/2019 - Engstrom,E WD
atld north
12:47:04 06/04/2019 - Mack,C WD
atl updated info south
12:59:43 06/04/2019 - Johnson,D WD - From: Hinojosa,M OG
CANCEL CKS
13:01:35 06/04/2019 - Johnson,D WD - From: Hinojosa,M OG
SUSP ALSO WORE EYEGLASSES WITH LARGE, DARK FRAMES
13:13:36 06/04/2019 - Peterson,A WD
```

```
csi case 19cs1007
13:46:52 06/04/2019 - Johnson,D WD - From: Johnson,M OG
AT OGD CLINIC, 4600 HARR IN REF
```

06/10/19

Incident Report 19G40970

## Supplement - Kearl,T OG

Investigative Follow Up by Det. Kearl 894

On 06/04/2019 I was dispatched from an unrelated call out to the Wells Fargo Bank located at 4301 Harrison Blvd. on a reported robbery that had just occurred. Upon arrival I met with Officer Hinojosa and Officer Robins in the lobby. The front doors had been secured by the officers to protect any possible evidence left by the suspect. I was informed that Officer Johnson was doing a canvas of the area for cameras. I met with several employees and gathered written 1102 statements from them as I learned of what had taken place.

I spoke with employee Stacie Lacey. Stacie explained that while she was working the teller counter she was approached by a white male wearing a baseball cap, hoodie and who had scruffy hair. The male passed her a note that said "This is a bank robbery. Give me all your loose 100's. Hurry up Hurry up" Stacie stated she complied with the suspect and turned over thousands of dollars in cash to him. The suspect left the bank on foot and then drove away in a green pick up truck. Stacie did not see a gun nor was any weapon used during the robbery that was seen and/or apparent. I then spoke with Michael Pace, the manager, who told me he saw the suspect wearing a navy blue sweatshirt with white writing on the back of the sweatshirt give the teller a note and then run out of the store shortly thereafter. Michael stated the male suspect got into a green dodge ram pickup truck and leave southbound on Harrison Blvd. The truck was further described as being a late 90's or early 2000's model and was likely a single cab. Michael was not certain as to the truck being a single or extended cab but did state that there was a metallic tool box in the back of the truck.

While investigating this case I was passing information to the ATAC personnel and they began intel searches matching the descriptions I was given. The suspect was described as an older male, possibly in his 60's so we began our computer based searches using the provided demographics. I was also provided with a still photo of the suspect during the robbery by a Wells Fargo Corporate rep. I noted several unique features on the suspects face. The piece of skin near the entrance of the ear is known as the Tragus. This unique shape really stood out on the suspect when observed from a certain angle. There were many prominent wrinkles and lines in the suspect's face. The suspect was wearing black framed glasses that were quasi-rectangular in shape and appeared to have a white and black color to the temple of the glasses. The suspect appeared older due to these facial features. No person with whom I spoke related seeing a weapon during the robbery. CSI McKenzie responded and processed the scene for fingerprints. She was able to lift partial prints from the interior glass door that leads into the breezeway (the only public entrance). See CSI's reports for further details. We ended our initial on-scene investigation. See assisting officer's reports for their detailed involvement in this case. It also appears as if the suspect is not wearing any gloves.

I disseminated and caused to be disseminated these gathered photographs of the suspect. An Ogden City Press Release was issued with the suspect's photograph and I began to follow all of the news articles and social media posts related to this case in the event a suspect was identified. No leads were initially had so I ended my involvement for the day in this case. Around 2030 hrs this same day I was contacted by Lt. Hanson of the Ogden Police Department who relayed information to me that Chief Jackson of the Harrisville PD had suspect information. I contacted Chief Jackson and he stated the the suspect matched the description of Kerry Shaw. At this time, I am not releasing how Chief Jackson knew Kerry due to sensitive personal information and safety concerns. With this new information I ran the name and pulled up Kerry's DL photo. Initially Kerry's photo did not appear to match the suspect's description as it lacked the physical characteristics described above. It is possible that this picture of Kerry is several years old and does not depict his current physical condition and appearance. I took my search to Facebook. I was able to locate a picture of Kerry by searching for it through the account of a family member who had a publicly available photograph. I saw this photograph and recognized the same facial features in regards to facial hair, nose shape, facial wrinkles and ear shape that were consistent with the facial

06/10/19

characteristics of the suspect. The Tragus of Kerry's ear in the Facebook photo matched the Tragus of the suspect's ear. This was a very unique factor that helped me match the suspect description to Kerry. I was also given the phone number and was asked to contact Kerry's wife Shancie Maw. I called and spoke by phone with Shancie, who was aware of this case. She explained that she was familiar with the press release photo and identified the suspect as Kerry. Shancie was extremely scared of Kerry and was very hesitant about giving me information that may aggravate Kerry and cause him to retaliate. Shancie stated Kerry missed court mediation today regarding their "ugly divorce" because he owed his attorney $2,000. Shancie said Kerry needed to pay that amount or else the attorney wouldn't represent him further.

With this information in hand I called and spoke with my supervisor, Sgt. Keyes. I explained the new findings and responded back to work to continue investigating this case. I met with Agent J. Hansen of the FBI Violent Crimes Task Force and with Det. Lewis as well. Together we looked over and scrutinized the pictures of Kerry and the Wells Fargo pictures. I determined that probable cause, based on the matching suspect description was found to take Kerry into custody for the Utah State Code Violation of Robbery (F2). Det. Lewis, Agent Hansen and I went to Kerry's residence at 970 N Harrisville Road and attempted a knock and talk encounter. Kerry didn't answer the door, though he was home. This took place at or about 2130 hrs or so. After several attempts to get Kerry to come to the door, I called him on the phone. Kerry answered the phone and I requested several times that he exit his house and speak with us. Kerry refused at first but eventually I was able to talk him out of the house and to submit to custody without incident or use of force. Kerry was taken into custody and was read his rights per Miranda. I read Kerry his rights from a card and he stated he understood them when I asked. Kerry then requested a lawyer when asked if he wished to speak to me. Kerry went back and forth several times, trying to ask us questions but we continually told him that invoking Miranda meant we would not longer be able to ask him questions or converse with him about the case. I did explain to Kerry the charges he was facing but explained that I was not intending to illicit any response. Kerry appeared to go back and forth on speaking to me and other officers, but we did not, at any time, re-approach Kerry. Kerry did state, of his own volition, that he went to Weber Human Services for an appointment earlier today and that he withdrew $1,000 from his bank, Mountain America C.U.

I applied for and was granted a search warrant of the residence and entire curtilage of 970 N Harrisville Road. The search did not turn up the glasses worn by Kerry nor did we locate the clothing he was wearing at the time. We seized a hat and watch from his person as they seemed to match what he was wearing in the surveillance photo. The watch, specifically wasn't seen, but I am waiting on the video in it's entirety to arrive via mail from Wells Fargo Corporate to verify if the watch was being worn at the time of the robbery. These two items were booked into OPD Evidence and Kerry was booked into the Weber County Jail and charged with a single count of Robbery F2 in accordance with Utah State Code 76-6-301. We ended our involvement at that time after securing the house.

On 06/05/2019 I returned to work and was contacted by Shancie, by phone. Shancie explained that she had information that Kerry was at the Weber County Library on the day of the Robbery as well as the Liquor Store located at 1155 Patterson St. Det. Lewis and I responded to these two locations and have requested video surveillance footage to verify and see if Kerry has been there. After speaking with Shancie, I was contacted by our secretary who stated that a Tiffany Maw was at the station to speak with me. I went into the lobby and invited Tiffany and an unknown male companion up to the interview room where I turned on the recorder and began speaking with her. Tiffany came in very heated and derogatory. Tiffany, not knowing that I had just spoken with Shancie, explained that she was with Kerry all day on the 4th. Tiffany stated we had the wrong guy and she could prove it. When provided with an 1102 statement Tiffany took the form but declined filling it out without her attorney's permission. I explained to Tiffany that obstructing an investigation by lying was an arrestable offense.
Tiffany left with her male companion.

06/10/19

After this, I was contacted by a Library rep who stated the footage wouldn't be ready until tomorrow. Det. Lewis and I responded to the liquor store and viewed their video surveillance. A copy wasn't available because corporate had to made it available. I was, however, able to view the footage. I observed Kerry walk into the liquor store around 1611 hrs and only stay for a few minutes before purchasing a bottle of alcohol and then leaving. There is not an outside camera which shows the parking lot.

On 06/06/2019 I began follow up with voicemail messages left on my desk phone. I received eight phone calls regarding the robbery and called all of the numbers back. I spoke with an anonymous individual who stated that he knew the suspect while in prison around 2013 who only knew him as Bennett. There was no other description or ability to follow up on this lead. I next called and spoke with Todd Davis who stated he knew the suspect was "most definitely" Kerry Maw. Todd said he knows the family and is certain Kerry Maw is the suspect. Obviously by this time Kerry has already been arrested so while speaking with Todd, he confirmed that we had arrested the right person. Todd is willing to provide an 1102 of his identification of Kerry if necessary.

I then called and spoke with Lorene Herman who identified the suspect as Allen Malmstrom. I pulled up a DL photo of Malmstrom who's physical description is 6'04" tall and 180 pounds. After viewing his DL photo i noted he lacks the face shape and other facial characteristics of the suspect in the bank photos. Malmstrom is too tall and weighs too much to be the suspect.

Next, I contacted Trevos Snell who stated he believed the suspect was a co-worker of his named Robert Reister. I looked up Robert's DL photo and description. Robert is 6'01" tall and 185 pounds. Again, this suspect would be too tall and weigh too much to be the suspect. Also, looking upon Robert's DL photo I noted his face shape, hair color and general features did not match that of the suspect. Snell did tell me that Reister was missing from work at the time of the robbery but I have ruled him out as a potential suspect due to his appearance and physical characteristics.

I received a call as well from Kerry's wife Shancie, but did not call her back as she had already told me the suspect was her husband.

Lastly I called a "Heidi" but received no answer and left a message.

At this time, there are no other suspects in this case.


Attachments:

PC Statement

On 06/04/2019 just after 1200 hrs the Wells Fargo bank located at 4301 Harrison Blvd. a white male wearing a dark colored hat with an un-legible logo and a dark colored hoodie well as rectangle black framed glasses. The male was described to be older and possibly in his 60's with scruffy gray facial hair. the male suspect passed a note to the teller that sated "This is a bank robbery. Give me all your loose 100's" the teller complied with the suspect's demands and handed over $5400 in cash monies.
The suspect fled the bank and got into what was described by witnesses as a forest green Dodge pick up truck with a shiny metal tool box in the bed. the vehicle was last seen crossing southbound on Harrison Blvd. through the light at 4400 S.

Incident Report 19G40970                                                                 Page 12 of 16

---

Your affiant was sent photographs of the suspect by the reported victim after she received them from bank corporate personnel. the photographs were of the suspect as described above. A picture from the video surveillance was posted in an Ogden City Press release via social media. Around 2030 hrs I was contacted by Lt. Hanson of the Ogden Police Dept. who relayed to me that Chief Jackson of the
- Page 3 of Affidavit for Search Warrant No. 1953391 -
Harrisville Police Department knew who the suspect was. I contact Chief Jackson by phone and he gave me the name Kerry Maw as the possible suspect. I ran Maw's information and found a driver's license photo which made him look almost too young to be the suspect. I was able to find a facebook.com photo of Maw which matched the description of the bank robbery suspect. I noted the wrinkles in the face were consistent, the ear lobe shapes were consistent as well as other distinguishable facial features specific to Maw as well as the suspect. I responded in with Det. Lewis to contact Maw and was contacted by dispatch who put me into contact with Maw's ex-wife Shancie. I spoke with her and she told me that she saw the press release photo and she confirmed the suspect was Maw. I was also sent a photograph by Chief Jackson during this time that showed Maw wearing black framed glasses that matched the suspect's glasses.

### Supplement - Lewis,L OG

11:32:31 06/06/2019 - Lewis,L OG
This supplemental report pertains to a bank robbery that occurred at Wells Fargo Bank located at 4301 Harrison Blvd on 6-4-19 at approximately 1212 hours. This case is being investigated by Det. Kearl.

On 6-4-19 at approximately 2030 hours, I was contacted at home by Det. Kearl. Det. Kearl advised me that he had received information about the identity of the suspect who robbed the Wells Fargo Bank located at 4301 Harrison Blvd earlier in the day. Det. Kearl requested I assist him in following up on this case. Det. Kearl and I met up with Agent Hansen from the FBI Violent Crimes Task Force. The suspect was identified as Kerry Maw. We then went to Kerry's listed address of 970 North Harrisville Rd. We walked around the residence. Det. Kearl knocked on the front door numerous times and received no answer. Det. Kearl then called Kerry on his cellphone. After speaking with Kerry for several minutes Kerry stated he would exit his residence out the front door. Kerry came out the front door and was given commands to keep his hands up where we could see them. I went up on the porch and Kerry was taken into custody without incident. (It should be noted that I had my body worn camera on me, but forgot to turn it on until after Kerry was taken into custody.) Once in custody I searched Kerry for any weapons and then had him sit down on a chair on the front porch. Det. Kearl read Kerry's his rights per Miranda. Kerry thought about it and stated he better have his attorney with him before he talked to us. Det. Kearl walked Kerry to my vehicle that was parked across the street. Kerry sat in the backseat of my police vehicle. Sgt. Talbot from the Pleasant View Police Department arrived at our location. Sgt. Talbot transported Kerry to the Weber County Jail. For further details see case number 19PV3415. While at the jail CSI Investigator Brady took photographs of Kerry and collected his baseball hat. For further details see CSI case number 19CS1012.

Det. Kearl drafted a search warrant for Kerry's residence. Once the warrant was approved Det. Kearl, Agent Hansen, Officer Caygle, and Sgt. Vanderwarf served the search warrant. Kerry was asked previously if anyone else was in the residence, which he stated he was the only one. The search warrant was a knock and announce search warrant. Det. Kearl knocked on the front door and after receiving no answer we entered the residence. We cleared the residence of any persons. Once the residence was cleared my body worn camera was turned off. CSI Investigator Brady photographed and collected any evidence. I was assigned to search the residence. I searched the residence and did not locate anything of evidentiary value. I had no further involvement in this case at this time.

06/10/19

*Incident Report 19G40970*  *Page 14 of 16*

## Sentryx Booking Information:

**Sentryx Booking Number:** 19-09355          **Name Number:** 408330

**Name:** MAW, KERRY JASON          **Address:** 970 N HARRISVILLE RD; 400 W HARRISVILLE, UT 84404
**Phone:** (801)540-2600
**DOB:** 08/30/70          **Dr Lic:** 148842560
**Assigned Bed:** "          **Current Location:** "
**Booking Date:** 06/04/19

### Alert Codes:
DNA DNA on File

### Sentryx Arrest # 48143

**Time/Date:** 12:12:49 06/04/19          **Agency:** OG
**Age at Arrest:** 48          **Location:** 4301 HARRISON BLVD; S 1200 E; WELLS FARGO          **Officer:** Kearl,T OG
**Arrest Type:** A          **Area:** OG8          **Reference:**
**Disposition:** N

### Sentryx Offense # 107289

**Statute:** 76-6-301          **NCIC:**
**Offense:** 1203 ROBB-BUSINESS STRONGARM          **Crime Class:** F2
**Offense Reference:**          **Offense Type:** S          **Offense Area:** OG8
**Related Incident:** 19G40970          **Law Jurisdiction:** U
**Entry Code:**          **Offense Location:**
**Court Code:** ODC          **Offense Time/Date:** 12:12:49 06/04/19
**Offense Disposition:** ARR          **Disposition Date:** \*\*/\*\*/\*\*

06/10/19

Incident Report 19G40970          Page 15 of 16

## Property

| | | | |
|---|---|---|---|
| **Property Number:** | G1908123 | | |
| **Item:** | Money | **Owner Applied Nmbr:** | |
| **Brand:** | | **Model:** | |
| **Year:** | 0 | **Quantity:** | |
| **Meas:** | | **Serial Nmbr:** | |
| **Total Value:** | $4,500.00 | **Color:** | |
| **Owner:** | | | |
| **Agency:** | OG Ogden Police | **Tag Number:** | |
| **Accum Amt Recov:** | $0.00 | **Officer:** | Hinojosa,M OG |
| **UCR:** | MON MONEY | **UCR Status:** | SNR |
| **Local Status:** | NA | **Storage Location:** | |
| **Crime Lab Number:** | | **Status Date:** | 06/04/19 |
| **Date Released:** | \*\*/\*\*/\*\* | **Date Recov/Rcvd:** | \*\*/\*\*/\*\* |
| **Released By:** | | **Amt Recovered:** | $0.00 |
| **Released To:** | | **Custody:** | \*\*:\*\*:\*\* \*\*/\*\*/\*\* |
| **Reason:** | | | |
| **Comments:** | Approx. $4,500 in 100 dollar bills. | | |
| **Property Number:** | G1908143 | | |
| **Item:** | Clothing | **Owner Applied Nmbr:** | |
| **Brand:** | | **Model:** | |
| **Year:** | 0 | **Quantity:** | 2 |
| **Meas:** | | **Serial Nmbr:** | |
| **Total Value:** | $0.00 | **Color:** | |
| **Owner:** | | | |
| **Agency:** | OG Ogden Police | **Tag Number:** | |
| **Accum Amt Recov:** | $0.00 | **Officer:** | Kearl,T OG |
| **UCR:** | CLO CLOTHES OR FURS | **UCR Status:** | |
| **Local Status:** | SE | **Storage Location:** | |
| **Crime Lab Number:** | | **Status Date:** | 06/05/19 |
| **Date Released:** | \*\*/\*\*/\*\* | **Date Recov/Rcvd:** | \*\*/\*\*/\*\* |
| **Released By:** | | **Amt Recovered:** | $0.00 |
| **Released To:** | | **Custody:** | \*\*:\*\*:\*\* \*\*/\*\*/\*\* |
| **Reason:** | | | |
| **Comments:** | hat and watch taken from Kerry Maw | | |

06/10/19