# Plaintiff's Exhibit "C"

JOHN W. HUBER, United States Attorney (#7226)
VEDA M. TRAVIS, Assistant United States Attorney (#6449)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUL 0 1 2019

D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ANTHONY THOMAS MURDZAK, Defendant. | Case No. 2:19-mj-464 DBP COMPLAINT Judge Dustin B. Pead |

Before the Honorable Dustin B. Pead, United States Magistrate Court Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

### COUNT I
### Bank Robbery (18 U.S.C. § 2113(a))

On or about June 4, 2019, in the Northern Division of the District of Utah,

ANTHONY MURDZAK,

defendant herein, by force, violence, and intimidation, did take from the person and presence of a teller, money belonging to and in the care, custody, control, management and possession of the Wells Fargo Bank, 4301 South Harrison Boulevard, Ogden, Utah,

1

the deposits of which when then insured by the Federal Deposit Insurance Corporation; in violation of 18 U.S.C. § 2113(a).~~; in violation of 18 U.S.C. § 2113(a),~~

## COUNT II
### Bank Robbery (18 U.S.C. § 2113(a))

On or about June 24, 2019, in the Northern Division of the District of Utah,

ANTHONY MURDZAK,

defendant herein, by force, violence, and intimidation, did take from the person and presence of a teller, money belonging to and in the care, custody, control, management and possession of the Wells Fargo Bank, 4301 South Harrison Boulevard, Ogden, Utah, the deposits of which when then insured by the Federal Deposit Insurance Corporation; in violation of 18 U.S.C. § 2113(a).

This complaint is based on the following:

1. Your Affiant is a special agent with the Federal Bureau of Investigation currently assigned to the Violent Crimes squad in the Salt Lake City field office. The information contained in this complaint is based on an investigation conducted by myself along with FBI Task Force Office Justin Hansen and detectives with the Ogden Police Department.

2. According to police reports, on June 4, 2019, a male white, approximately 50-60 years of age, entered the Wells Fargo Bank at 4301 South Harrison Boulevard in Ogden. The man handed a female teller and handed her a note which stated "This is a

robbery." The suspect directed the teller to give him all the "loose 100s" and told her to "hurry, hurry." The teller complied and gave the suspect $5200 in United States currency. The suspect left the bank and was seen by a witness getting into what was described as a late 90s early 2000s model green Dodge pickup truck with a silver metallic tool box in the bed.

3. On June 24, 2019, a man identified by two employees as the same suspect entered the same Wells Fargo Bank in Ogden and approached a different female teller. The suspect again handed the teller a note and directed the teller to give him money. The teller complied and gave the suspect $3450 in U.S. currency. The suspect left he bank and a witness followed, taking a photograph of the suspect and a truck which the suspect entered. According to the bank manager, the truck was the same truck as used by the suspect in the June 4 incident.

4. After the second incident, myself and TFO Hansen canvassed the area and obtained video of the suspect vehicle. Based on the information obtained, we were able to determine that the vehicle was a 1998 or 1999 Dodge Ram, with an "Arches" plate.

5. Detective Kearl of the Ogden Police Department was provided with this information and searched the DMV database for a 1998 or 1999 green Dodge Ram pickup truck in the Northern Utah area. Detective Kearl obtained approximately 60 hits. When he pulled the driver's license of Anthony Murdzak, he believed that Murdzak matched the photos of the suspect from the two incidents at the Wells Fargo bank.

6. Your affiant checked a Facebook account for an Anthony Murdzak and located a telephone number and possible address in Logan, Utah. I also contacted Murdzak's misdemeanor probation officer who provided me with the same phone number as located on the Facebook page. TFO Hansen then obtained a ping warrant for the phone.

7. Based on the ping, we located Anthony Murdzak at his residence, 656 North 400 East in Logan, the evening of June 28. Murdzak was taken into custody, and advised of his rights under *Miranda*. He admitted that he had committed both bank robberies. Murdzak stated that he had spent approximately seven years in federal prison on a gun charge and had been told how to rob a bank by a cell mate who advised him not to use a gun.

8. We also located the suspect pickup truck which was parked on the street in front of Murdzak's residence.

9. At the time of his arrest, Murdzak was in possession of $1510 in U.S. currency.

10. On both June 4, 2019, and June 24, 2019, the Wells Fargo Bank, 4301 South Harrison Boulevard in Ogden was insured by the Federal Deposit Insurance Corporation.

Based on the foregoing information, your affiant respectfully requests that an arrest warrant be issued for Anthony Thomas Murdzak for violation of 18 U.S.C. § 2113(a), Bank

Robbery.

DATED this 1st day of July, 2019.

_____
JEREMY FOWLKE, Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 1st day of July, 2019.

_____
DUSTIN B. PEAD
United States Magistrate Court Judge

APPROVED:

JOHN W. HUBER
United States Attorney

_____
VEDA M. TRAVIS
Assistant United States Attorney

5