# Plaintiff's Exhibit "E"

