# Plaintiff's Exhibit "F"

Like    Follow    Share



**Ogden Police UT**
@OGDENPOLICE

Home
About
Photos
Events
Posts
Videos
Reviews
Community

Create a Page

**Ogden Police UT**
June 4, 2019

Date: June 4, 2019
Subject: Bank Robbery, OPD Case # 19G40970
Point of Contact: Ogden Police Department, Duty Lieutenant (801) 629-8060

Release:
On 06-04-2019, at 1212 hours, OPD officers responded to a bank robbery at the Wells Fargo bank, located at 4301 Harrison Blvd. The suspect fled the scene prior to the officers' arrival. Bank employees reported that the suspect is described as a thin, 60 year old Caucasian male, with grey hair, 6 feet tall, wearing a gray baseball style cap and a blue sweatshirt with an unknown logo. He was wearing thick-rimmed glasses. The suspect presented a note which demanded money. Once the suspect had the money in hand, he fled southbound on Harrison Blvd in a green dodge pick-up truck. This is an ongoing investigation. If you have any information related to the identity of the suspect, please contact Detective Travis Kearl with the Ogden Police Department at 801-629-8029

