# Plaintiff's Exhibit "G"

