# Plaintiff's Exhibit "H"

