# Plaintiff's Exhibit "I"

IN THE

2ND DISTRICT COURT - OGDEN

COUNTY OF WEBER, STATE OF UTAH

| State of Utah<br><br>vs.<br><br>KERRY JASON MAW<br>Date of Birth: 08/30/1970<br><br>Arrestee | **Affidavit of Probable Cause** |
|---|---|

On 06/04/2019 22:26 the defendant was arrested for the offense(s) of:

| | Offense Date | Offense Description | Statute | Gov Code | Severity | DV |
|---|---|---|---|---|---|---|
| 1 | 06/04/2019 | ROBBERY | 76-6-301 | UT | F2 | No |

I believe there is probable cause to charge the defendant with these charges because:

On 06/04/2019 just after 1200 hrs the Wells Fargo bank located at 4301 Harrison Blvd. a white male wearing a dark colored hat with an un-legible logo and a dark colored hoodie well as rectangle black framed glasses. The male was described to be older and possibly in his 60's with scruffy gray facial hair. the male suspect passed a note to the teller that sated "This is a bank robbery. Give me all your loose 100's" the teller complied with the suspect's demands and handed over $5400 in cash monies.
The suspect fled the bank and got into what was described by witnesses as a forest green Dodge pick up truck with a shiny metal tool box in the bed. the vehicle was last seen crossing southbound on Harrison Blvd. through the light at 4400 S. Your affiant was sent photographs of the suspect by the reported victim after she received them from bank corporate personnel. the photographs were of the suspect as described above. A picture from the video surveillance was posted in an Ogden City Press release via social media. Around 2030 hrs I was contacted by Lt. Hanson of the Ogden Police Dept. who relayed to me that Chief Jackson of the
- Page 3 of Affidavit for Search Warrant No. 1953391 -
Harrisville Police Department knew who the suspect was. I contact Chief Jackson by phone and he gave me the name Kerry Maw as the possible suspect. I ran Maw's information and found a driver's license photo which made him look almost too young to be the suspect. I was able to find a facebook.com photo of Maw which matched the description of the bank robbery suspect. I noted the wrinkles in the face were consistent, the ear lobe shapes were consistent as well as other distinguishable facial features specific to Maw as well as the suspect. I responded in with Det. Lewis to contact Maw and was contacted by dispatch who put me into contact with Maw's ex-wife Shancie. I spoke with her and she told me that she saw the press release photo and she confirmed the suspect was Maw. I was also sent a photograph by Chief Jackson during this time that showed Maw wearing black framed glasses that matched the suspect's glasses.

| Officer Name: TRAVIS LUKE KEARL | Badge ID: 894 |
|---|---|
| I am a sworn officer with: UT0290100 - Ogden City Police Dept | |
| Arresting agency case number: 19G40970 | Associated citation number: |

I declare under penalty of perjury and under the laws of the State of Utah that the foregoing is true and correct.
/s/ TRAVIS LUKE KEARL

SUBMISSION IDENTIFICATION INFORMATION

| Booking agency: WEBER CO SO | | | Booking agency ORI: UT0290000 |
|---|---|---|---|
| Booking agency case number: 19-09357 | SID: | | OTN: |
| Booking UserID: wmoss | Booking date/time: 06/05/2019 01:35 | Submission ID: 613291 (Version 1) | |