# Plaintiff's Exhibit "J"

