# Plaintiff's Exhibit "K"



