# Plaintiff's Exhibit "L"

