# Plaintiff's Exhibit "M"

The Order of the Court is stated below:
Dated: June 05, 2019         /s/ JOSEPH BEAN
08:19:56 AM                  District Court Judge



# IN THE OGDEN DISTRICT COURT
# FOR WEBER COUNTY, STATE OF UTAH

| STATE OF UTAH<br>v.<br><br>Kerry Jason Maw | Order to Hold With Bail<br>Probable Cause ID : 145801<br>Submission ID : 613291<br>Judge : JOSEPH BEAN |
|---|---|

Based on the affirmation of Travis Luke Kearl, the arresting officer, the undersigned magistrate finds that probable cause existed for the arrest without a warrant of Kerry Jason Maw. Kerry Jason Maw may post bail in the amount of $10,000.00

76-6-301            ROBBERY

If Kerry Jason Maw posts bail as stated above, Kerry Jason Maw is hereby ordered to be released with the following conditions:
- Mandatory Court Appearance

In those jurisdictions where pretrial release and supervision authority has been granted by written agreement, defendants may be released to pretrial services without posting bail, consistent with the terms of that agreement.