# Plaintiff's Exhibit "N"

**Sun Surety Insurance Company**

21 Main St., Rapid City, South Dakota 57701
Telephone: 605-348-1000 · SSIC@sunsuretybail.com

# POWER OF ATTORNEY

VOID IF NOT ISSUED BY: Sep 30 2019

POWER AMOUNT $ $15,000.00

POWER NO. **SS-15-37040**

KNOW ALL MEN BY THESE PRESENTS that Sun Surety Insurance Company, a corporation duly organized and existing under the laws of the State of South Dakota and by the authority of the Resolution adopted by the Board of Directors at a meeting duly called and held on June 9, 1998 which said Resolution has not been amended or rescinded, does constitute and appoint and by these presents does make, constitute and appoint the named agent _____ its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute, seal and deliver for and on its behalf and as its act and deed, as surety, a bail bond only. Authority of such Attorney-in-Fact is limited to appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitations, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearance.

This Power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Immigration Bonds. This power void if altered or erased, void if used with other powers of this company or in combination with powers from any other surety company, void if used to furnish bail in excess of the stated face amount of this power, and can only be used once. The obligation of the company shall not exceed the sum of

**FIFTEEN-THOUSAND DOLLARS ($15,000.00)**

and provided this Power-of-Attorney is filed with the bond and retained as a part of the court records. The said Attorney-in-Fact is hereby authorized to insert in this Power-of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, SUN SURETY INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this __5__ day of __June__, year __2019__.

Bond Amount $ 10,000.00
Defendant Kerry Maw
Charges Robbery
Court / Date _____
Case No. _____
City Ogden State Utah
If rewrite, original P/A No. _____
Attorney-in-fact _____

By _____
Patrick Wood
President

[Seal: SUN SURETY INSURANCE COMPANY INCORPORATED APRIL 20, 1998 SOUTH DAKOTA]

COURT COPY SSIC-1

SSIC-LPOA

**Sun Surety**
**Insurance Company**
21 Main St.
Rapid City, S.D. 57701
605-348-1000
SSIC@sunsuretybail.com

FILED
JUN 0 5 2019
SECOND DISTRICT COURT

**Appearance Bail Bond**

DOB: _____ S.S. # _____

Power of Attorney No. __15 - 37046__

**THE STATE OF UTAH**     Case No _____

County of __Weber__    Court __Ogden 2 dist__ Judge _____

KNOW ALL MEN BY THESE PRESENTS:

That we Sun Surety Insurance Company, A South Dakota Corp., as Surety are held and firmly bound unto the above named Court in the penal sum of $ __10,000.00__ __Ten thousand__ Dollars, for the payment of which well and truly to be made we bind ourselves, and our heirs and each of our heirs, executors and administrators firmly by these presents.

Sealed this __5__ Day of __June 2019__, AD _____

The conditions of the above obligation are such, that defendant __Kerry Maw__ shall be and appear before the above named court, for the county aforesaid, State of Utah on the required date _____ to answer to the charge(s) of _____ __Robbery__ _____

and from day to day thereafter as ordered, and not depart therefrom without permission of said Court, then this obligation is void; otherwise to remain in full force and effect.

_____      __Kerry Maw__
Attorney-In-Fact                             Defendant

Pappas Bail Bonds    License #: 535187
1905 Lincoln Ave
Ogden, UT 94401
Phone: (801)399-1484
E-Mail: pappasbailbonds@gmail.com

Please Send Notice of Non-Appearance to:
Sun Surety Insurance Company
P.O. Box 2373
Rapid City, S.D. 57709-2373

*Note: This is an Appearance Bond and cannot be construed as a guarantee for failure to provide payments, back alimony payments, Fines or Wage Law claims, nor can it be used as a Bond on Appeal, nor can it be transferred to another court as it will void this bond.*

**NOTE: EVERY APPEARANCE BAIL BOND MUST HAVE A SEPARATE NUMBERED POWER-OF-ATTORNEY ATTACHED.**

SSIC-UT-ABB (5/2016)

# RECEIPT
## - Bail Payment -

**Receipt #B163006**

**Weber County**
721 West 12th Street
Ogden, UT 84404
Phone: (801) 778-6702

**Payment Amount:** $ 10,000.00
**Date/Time:** 06/05/19 11:01am
**Payment Location:** Jail

**Inmate:** MAW, KERRY JASON #408330
**Payer Relation:** Bondsman
**Accepted By:** Morris, M.

**Payment Amount:** $ 10,000.00
**Payment Method:** Bond
**Bail Bondsman:** PAPPAS BAIL BOND

### Payment Applied To Fee:

**Beginning Balance:** $ 10,000.00
**Current Balance:** $ 0.00
**Case Number:** new charges
**Booking Number:** 19-09357
**Court:**
2C1 OGDEN DISTRICT COURT
2525 GRANT AVENUE
OGDEN CITY, UT 84401
Phone: (801) 395-1079
**Commissioner/Judge:** A-NOT ASSIGNED
**Appearance Date/Time:** Inmate should call the court for appearance date/time

Thank you for your payment! Please contact us at the number above if you have any questions.

C2 P167110 F288406 U222929