# Plaintiff's Exhibit "O"



**Ogden Police UT**
June 5, 2019

Date: June 5, 2019
Subject: Bank Robbery, OPD Case # 19G40970
Point of Contact: Ogden Police Department, Duty Lieutenant (801) 629-8060
Release: **UPDATE**
On 06-04-2019, at 1212 hours, OPD officers responded to a bank robbery at the Wells Fargo bank, located at 4301 Harrison Blvd. The suspect fled the scene prior to the officers' arrival. The suspect presented a note which demanded money. Once the suspect had the money in hand, he fled southbound on Harrison Blvd in a green dodge pick-up truck.

On 06-04-2019, at approximately 2300 hours, Kerry Jason Maw, DOB 08-03-1970, was taken into custody by OPD Major Crimes Detectives. He was booked into the Weber County Jail and charged with the robbery. This investigation is ongoing.

