# Plaintiff's Exhibit "P"

**LETITIA TOOMBS, # 12696**
**WEBER COUNTY ATTORNEY'S OFFICE**
**2380 WASHINGTON BLVD., STE 230**
**OGDEN, UTAH 84401**
**TELEPHONE: (801) 399- 8377**
**FAX: (801) 399-8304/EMAIL: ltoombs@co.weber.ut.us**

## IN THE SECOND JUDICIAL DISTRICT COURT OF WEBER COUNTY, STATE OF UTAH

| | |
|---|---|
| STATE OF UTAH, <br><br> Plaintiff, <br><br> vs. <br><br> KERRY JASON MAW, <br><br> Defendant. | STATE'S MOTION TO DISMISS <br><br> Case No. 191901305 <br><br> Judge: RUBEN J. RENSTROM |

COMES NOW, Letitia Toombs, Deputy County Attorney, and respectfully requests this Court dismiss the above captioned matter without prejudice as new facts have come to light which necessitate additional investigation.

RESPECTFULLY SUBMITTED this __25th__ day of June, 2019.

                                                          ____/s/ *Letitia J. Toombs*_____
                                                          Letitia Toombs
                                                          Deputy Weber County Attorney

STIPULATED TO BY:

*/s/ Ryan Bushell, attorney for Defendant*

## CERTIFICATE OF DELIVERY

I hereby certify that a true and correct copy of the foregoing Motion was submitted the Court's *efile* system and email to:

Ryan Bushell

ryan@rjb-law.com

Dated this 25th day of June, 2019.

*/s/ Letitia J. Toombs*