# Plaintiff's Exhibit "Q"

The Order of the Court is stated below:
**Dated:** June 27, 2019          **/s/**   REUBEN J RENSTROM
          10:42:01 AM                   District Court Judge

LETITIA J. TOOMBS, NO 12696
Weber County Attorney's Office
2380 Washington Blvd., Suite 230
Ogden, Utah 84401
Telephone: (801) 399-8377
Fax: (801) 399-8304
ltoombs@co.weber.ut.us

IN THE SECOND JUDICIAL DISTRICT COURT OF WEBER COUNTY
STATE OF UTAH, OGDEN DEPARTMENT

| | |
|---|---|
| STATE OF UTAH,<br><br>          Plaintiff,<br><br>vs.<br><br>KERRY JASON MAW,<br><br>          Defendant. | ORDER DISMISSING CASE<br><br><br>Case No. 191901305<br><br>Judge RUBEN J. RENSTROM |

## ORDER

Based upon the State's Motion and stipulation of the parties this case has been dismissed

without prejudice.

**The Court's signature will appear at the top of the first page.**


**CERTIFICATE OF SERVICE**
          This is to certify that a true and correct copy of the foregoing ORDER DISMISSING
CASE was delivered via the Court's *efile* system and email to:
          Ryan Bushell
          ryan@rjb-law.com


DATED this 25th day of June, 2019.

/s/ Letitia J. Toombs s Weber County Attorney's Office