RANDALL G. PHILLIPS (6311)
405 East 3475 North
North Ogden, Utah  84414
Telephone: (801) 510-3434
Email:  attorneyrgp@gmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| KERRY JASON MAW, an individual<br><br>Plaintiff<br><br>vs.<br><br>TRAVIS KEARL, in his individual capacity; and LARRY LEWIS, in his individual capacity<br><br>Defendants | NOTICE OF DEPOSITIONS<br><br><br>Civil No.:   1:21-cv-00080-BSJ<br><br>Judge:   Judge Bruce S. Jenkins |

PLEASE TAKE NOTICE that Plaintiff Kerry Maw in the above matter, by and through counsel of record, Randall G. Phillips will take the Deposition of the following named individual as indicated below:

|  |  |
|---|---|
| DEPONENT: | Lewis Kearl |
| DATE & TIME: | December 2, 2021, at 1:00 p.m. until completed |
| PLACE: | Plant Christensen & Kannell<br>136 South Temple, Suite 1700<br>Salt Lake City, Utah  84111 |

This deposition will be upon oral examination before a certified reporter and notary public pursuant to Utah Rules of Civil Procedures, Rules 26 and 30. You are invited to be present and examine the witness.

1

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the 29th day of November, 2021, I caused a true and correct copy of the foregoing to be served electronically via the Court's Electronic Filing Service to

    Mr. Matthew Church, Esq.
    Attorney for the Defendants

    Mr. Alexander Allred, Esq.
    Attorney for Defendants


    <u>/s/Randall G. Phillips</u>
    Attorney for Plaintiff