RANDALL G. PHILLIPS (6311)
405 East 3475 North
North Ogden, Utah 84414
Telephone: (801) 510-3434
Email: attorneyrgp@gmail.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| KERRY JASON MAW, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>TRAVIS KEARL, in his individual capacity, and LARRY LEWIS, in his individual capacity,<br><br>       Defendant. | **STIPULATION AND MOTION FOR ORDER OF DISMISSAL**<br><br>Case No. 1:21-CV-00080-JNP<br><br>Judge Jill N. Parrish |

The above parties agree and stipulate that the claims in Plaintiff's Complaint be dismissed with prejudice and that each party shall bear its own costs and attorney's fees.

DATED 12/7/2023.

/s/                                            .
RANDALL G. PHILLIPS
*Attorney for Plaintiff*


**MANNING CURTIS BRADSHAW
& BEDNAR PLLC**

_____
MATTHEW D. CHURCH
*Attorney for Defendants*